IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMES E. GRANT,

                Plaintiff,

     v.

MR. YEAGER, MR. KAJELSTAD and
STANLEY CORRECTIONAL
INSTITUTION ADMINISTRATION,

                Defendants.

ORDER

13-cv-668-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered on October 28, 2013, I dismissed plaintiff James Grant's complaint for his failure to state a claim upon which relief could be granted. I gave plaintiff until November 8, 2013, in which to submit a more legible amended complaint addressing the deficiencies explained in the October 28 order. It is now November 20, 2013, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

      Accordingly, IT IS ORDERED that plaintiff James Grant's case is dismissed with prejudice. The clerk of court is directed to enter judgment and close this case.

      Entered this 20th day of November, 2013.

                                      BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge

1